Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
tlewis@swlaw.com

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>WILLISTON INVESTMENT GROUP, LLC, a Nevada limited-liability company; SAHARA SUMMIT HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ATC ASSESSMENT COLLECTION GROUP, LLC, a foreign limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01502-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Wells Fargo Bank, N.A. ("Plaintiff") and Defendant Williston Investment Group, LLC ("Williston")[1], by and through their respective undersigned counsel of record, that this entire action will be dismissed with prejudice, including all claims between Plaintiff and Williston.

//

//

//

//

---

[1] Defendants Sahara Summit Homeowners Association and ATC Assessment Collection Group did not appear or answer in this action.

Each party shall bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: December 9, 2019

| AYON LAW | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Luis Ayon* <br> Luis Ayon (NV Bar No. 9752) <br> 8416 Spanish Ridge Ave #115 <br> Las Vegas, NV 89148 <br> Telephone: (702) 660-3200 <br> Facsimile: (702) 447-7936 | By: */s/ Tanya N. Lewis* <br> Jeffrey Willis, Esq. (NV Bar No. 4797) <br> Tanya N. Lewis (NV Bar No. 8855) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 |
| *Attorneys for Williston Investment Group, LLC* | *Attorneys for Wells Fargo Bank, N.A.* |

### ORDER

The Court, having reviewed the stipulation of the parties and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned and numbered matter is dismissed with prejudice. All parties to bear their own attorneys' fees and costs.

DATED this 9th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE